UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                          )
RONALD DENHAM                   )      BANKRUPTCY NO. 09-40998
PATRICIA A. DENHAM              )      CHAPTER 7
    Debtor(s).                  )

## NOTICE OF UNCLAIMED FUNDS

Comes now the Trustee and shows the Court as follows:

1. That Trustee filed her Final Report and Proposed Distribution with the Clerk of this Court on November 8, 2010.

2. That pursuant to said Distribution Summary, Trustee issued checks dated December 1, 2010, to the creditors as set forth in the Proposed Distribution.

3. That said checks contained a ninety (90) day restriction.  Said check was returned as file being closed by collection agent January 2010, however, their proof of claim was filed on June 28, 2010, and pursuant to Rule 3011 the remaining unclaimed amount and the name and last known address of the claimants is as follows:

    American Acceptance Company, LLC.                    $98.82
    c/o Bowman Heintz Boscia & Vician PC
    8605 Broadway
    Merrillville, IN 46410

4. That your Trustee's check in the total amount of $98.82 payable to the Clerk of this Court has been forwarded to the Court.

Dated this 18th day of February, 2011.

                                    /s/ Kimberly A. Wright
                                    Kimberly A. Wright, Trustee
                                    200 Ferry Street, Suite B
                                    P.O. Box 377
                                    Lafayette, IN 47902-0377
                                    Telephone: (765) 742-7259
                                    Facsimile: (765) 742-6868
                                    Email: kimberly.gilbert1@frontier.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 18th day of February, 2011, service of a true and complete copy of the foregoing pleading was made upon:

1. Office of the U.S. Trustee, 100 East Wayne St., Suite 555, South Bend, IN 46601
2. Sandra Dukes, 324 Main Street, Suite B, Lafayette, IN 47901
3. American Acceptance Company, LLC., Lorena Arnold, c/o Bowman Heintz Boscia & Vician PC, 8605 Broadway, Merrillville, IN 46410

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.


                                                        /s/ Kimberly A. Wright
                                                        Kimberly A. Wright